# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIANE MARIE MISKIMON | * | |
| v. | * | Civil No. – JFM-13-3051 |
| ZALCO REALTY, INC., ET AL. | * | |

## MEMORANDUM

Defendant Manekin LLC has filed a motion to dismiss. The motion will be granted.

First, the record makes clear that plaintiff never filed an effective charge with the EEOC about any alleged improper acts by Manekin. The focus of their charge was upon allegedly improper acts of Zalco Realty, Inc.

Second, the record makes clear that Manekin was not the "employer" of plaintiff within the meaning of Title VII, when the allegedly improper conduct occurred. To the contrary, the record makes clear that by the time the allegedly improper conduct occurred, plaintiff's employer was Zalco Realty.

Third, nothing in the record supports plaintiff's conclusory allegation that Zalco was Manekin's agent or that Manekin was Zalco's agent.

A separate order granting Manekin's motion to dismiss is being entered herewith.


Date:  March 7, 2014        __/s/_____
                            J. Frederick Motz
                            United States District Judge

1